IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

vs.

No. 04 - 10089 - T/An
01 - 20285 - T

JOSH YOUNG,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

This cause came before the Court upon the defendant's Motion to Continue Sentencing Hearing, and with consent of the United States of America and counsel for the co-defendant, Brandon Carpenter. For good cause shown, Defendant's Motion is granted. The sentencing hearing is rescheduled to June 24, 2005, at 8:45 a.m.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
CHIEF UNITED STATES DISTRICT JUDGE

DATE: 9 May 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 05-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:04-CR-10089 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT